C. David Herring, CA State Bar # 47996
**HERRING & HERRING, APC**
A Professional Corporation
1001 B Avenue, Suite 215
Coronado, CA 92118
Tel: (619) 437-9175
Fax: (619) 437-1131
Attorneys for Defendant: Grande Homes, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIE ARRIOLA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GRANDE HOMES, INC., a California Corporation; INDYMAC FEDERAL BANK, F.S.B., A Federal Saving Bank, organized and existing under the laws of the United Sates of America; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 09 CV 1198 - BEN -POR<br><br>**RULE 26(a)(1)(A-E) DISCLOSURES OF DEFENDANT GRANDE HOMES, INC.,** |

COMES NOW, defendant GRANDE HOMES, INC., and makes the following disclosures pursuant to the Federal Rules of Civil Procedure Rule 26(a)(1)(A-E).

1. Rule 26 (a)(1). The name, telephone number, and address of each individual likely to have discoverable information that the disclosing party may use to support his claims or

1 | defenses are the following:

2 |     (a)    LUZ LABSAN - President, Grande Homes, Inc.

3 |             Phone:    (619) 437-9175

4 |             Address:    c/o C. David Herring, Esq. At 1001 B Avenue, Suite 215,

5 |                           Coronado, CA 92118

6 |     (b)    CARINA RONQUILLO - Loan processor for Grande Homes, Inc. that processed

7 |            the loan for Plaintiff

8 |             Phone:    (858) 485-9580

9 |             Address:    c/o  C. David Herring, Esq. At 1001 B Avenue, Suite 215,

10 |                         Coronado, CA 92118

11 |     (c)    HEATHER SAYEG  - Loan Underwriter with Indymac that reviewed loan

12 |            application

13 |            Last known Phone Number: (800) 601-4951

14 |            Last known Address:  c/o IndyMac Bank, B2B Lending Operations

15 |                         3300 E. Guasti Road, Building 1

16 |                         Ontario, CA   91764

17 |     (d)    CHARAY MYLES - Customer Account Manager for IndyMac that has

18 |             knowledge of Plaintiff's loan

19 |            Last known Phone Number:   (909) 418-3105

20 |            Last known Address:  c/o IndyMac Bank, B2B Lending Operations

21 |                         3300 E. Guasti Road, Building 1

22 |                         Ontario CA    91764

23 |     (e)    ELLIS SHOAF - Quality Control Officer that reviewed plaintiff's loan to insure

24 |             it was properly documented

25

26

27

28 | Rule 26(a)(1)(A-E) Disclosures By Defendant Grande Homes, Inc.

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   | Last Known Phone Number: (626) 535-5205 |
| 3 |   | Last Known Address:   c/o IndyMac Bank, B2B Lending Operations |
| 4 |   | 3300 E. Guasti Road, Building 1 |
| 5 |   | Ontario, CA   91764 |
| 6 | (f) | DAVID MORRIS - Appraiser that appraised the property in 2006 |
| 7 |   | Last Known Phone Number (619) 255-3435 |
| 8 |   | Last Known Address: c/o Appraise-Tech, Inc. |
| 9 |   | 3270 ½ Rosecrans Street |
| 10 |   | San Diego, CA 92110 |
| 11 | (g) | CHANDRA SELF-Escrow officer for Aspen Express Escrow Services, Inc. That |
| 12 |   | handled the sale/purchase transaction for Plaintiff. |
| 13 |   | Last Known Phone Number (619) 220-6900 |
| 14 |   | Last Known Address: c/o Aspen Express Escrow Services, Inc. |
| 15 |   | 2605 Camino del Rio S., Suite 301 |
| 16 |   | San Diego, CA 92108 |
| 17 | (h) | WENDY ANDERSON-SELF-Escrow officer for Aspen Express Escrow Services, |
| 18 |   | Inc. That handled the sale/purchase transaction for Plaintiff. |
| 19 |   | Last Known Phone Number (619) 220-6900 |
| 20 |   | Last Known Address: c/o Aspen Express Escrow Services, Inc. |
| 21 |   | 2605 Camino del Rio S., Suite 301 |
| 22 |   | San Diego, CA 92108 |
| 23 | (i) | BRIAN AND HEATHER NOER-Sellers of the property located at 1214 Avenida |
| 24 |   | Fragata, San Marcos, CA 92069 |
| 25 |   |   |
| 26 |   |   |
| 27 |   |   |
| 28 |   | Rule 26(a)(1)(A-E) Disclosures By Defendant Grande Homes, Inc. |

1               Last Known Phone Number - Unknown at this time

2               Last Known Address: Unknown at this time

3     (j)    Any other person designated by any other party in connection with this disclosure.

4  2.    The following constitute the category and description of all documents, intangible

5 things that this Answering Party intends to utilize to support its claim or defenses:

6     (a)    The escrow files of Grande Homes, Inc. pertaining to this transaction;

7     (b)    The Note, Deed of Trust, and all other loan documents in connection with

8 the loan transaction;

9     (c)    A loan policy of Title Insurance;

10     (d)    All settlement statements;

11     (e)    Buyer's estimated closing statement;

12     (f)    The loan files of Grande Homes, Inc., for this transaction.

13     (g)    The loan files of GHI Mortgage for this transaction. GHI Mortgage is an affiliate

14            of Grande Homes, Inc., the defendant in this action.

15     (h)    The escrow files of Aspen Express Escrow Services, Inc. Located at 2605 Camino

16            del Rio S., Suite 301, San Diego, CA 92108 for escrow number 14531.

17     (i)    The residential appraisal report for the property located at 1214 Avenida Fragata,

18            San Marcos, CA 92069 dated May 12, 2006.

19     (j)    Buyer's Closing Statement

20     (k)    The offer and all counteroffers between Plaintiff and sellers of the property located

21            at 1214 Avenida Fragata, San Marcos, CA 92069

22     (l)    The promissory notes and first and second deeds of trust on the subject property

23     (m)    The loan files of IndyMac Bank pertaining to this transaction

24     (n)    All such other documents as may be in the custody, possession or control

28            Rule 26(a)(1)(A-E) Disclosures By Defendant Grande Homes, Inc.

1  of each of the other parties to this action.

2  3.  (a)  The damages to be suffered by this party include attorneys' fees incurred to date.

3     (b)  The attorneys' fees and costs are being accrued each month during the course of
4          this litigation;

5     (c)  There are no insurance policies or agreements which would pertain to this
6          transaction.

8  I declare under penalty of perjury that the foregoing is true and correct.

10 Date: September 23, 2009                HERRING & HERRING, APC
                                           A Professional Corporation

12                                         s/C. David Herring
                                           C. David Herring
13                                         Attorney for Defendant Grande Homes, Inc.

Rule 26(a)(1)(A-E) Disclosures By Defendant Grande Homes, Inc.

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA | |
| TITLE OF CASE (Abbreviated): Arriola v Grande Homes, Inc. | |
| ATTORNEY(S) NAME AND ADDRESS:<br>C. David Herring, Esquire SBN: 47996<br>HERRING & HERRING, APC<br>1001 B Avenue, Suite 215<br>Coronado, California 92118 | TELEPHONE NUMBER:<br>(619) 437-9175 |
| ATTORNEY(S) FOR: Defendants: Grande Homes, Inc. | CASE NUMBER:<br>09 CV 1198-BEN-POR |

## DECLARATION OF SERVICE BY MAIL

I, Barbara Cahow, the undersigned, declare: I am over 18 years of age, employed in the County of San Diego, California, in which County the within mentioned mailing occurred, and am not a party to the subject cause. My business address is 1001 B Avenue, Suite 215, Coronado, California 92118.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States postal service on that same day in the ordinary course of business. I am aware that upon motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

I served: **RULE 26(a)(1)(A-E) DISCLOSURES OF DEFENDANT GRANDE HOMES, INC.**, a copy of which document in the cause is affixed, by placing a copy thereof in a separate envelope, for the addressee named hereafter, addressed to such addressee as follows:

Attorney Ravi Jain
Attorney Batkhand Zoljargal
Legal Solutions Group, Inc.
21800 Oxnard Street, Suite 470
Woodland Hills, California 91367

The envelope was then sealed and with the postage thereon fully prepaid, deposited in the United States mail by me at Coronado, California, on **September 23, 2009.** I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed on September 23, 2009, in Coronado, California.

_____
BARBARA CAHOW

## PROOF OF SERVICE BY MAIL